# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL SIMMONS,<br>  Plaintiff(s)<br><br>  v.<br><br>GARY RODEN, ET AL.<br>  Defendant(s) | )<br>)<br>)<br>)  CIVIL ACTION NO.3:10-cv-30066-MAP<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Gary Roden, et al., against the plaintiff Paul Simmons, pursuant to the court's endorsed order entered this date, granting defendants' motion to dismiss.

  **SARAH A. THORNTON**,
  CLERK OF COURT

Dated: July 23, 2010   By /s/ *Maurice G. Lindsay*
  Maurice G. Lindsay
  Deputy Clerk

(Civil Judgment 2 (Routine).wpd - 11/98)
  [jgm.]